

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00472-CV

BENEDICT EMESOWUM, Appellant

V.

MILAM STREET AUTO STORAGE, INC. D/B/A FAST TOW WRECKER AND
ZONE ONE AUTO STORAGE, Appellee

Appeal from the County Civil Court at Law No. 3 of Harris County.  (Tr. Ct. No.
1045789).

**TO THE COUNTY CIVIL COURT AT LAW NO. 3 OF HARRIS COUNTY,
GREETINGS:**

Before this Court, on the 18th day of June 2015, the case upon appeal to revise or

to reverse your judgment was determined.  This Court made its order in these words:

>   This case is an appeal from the final judgment signed
> by the trial court on June 2, 2014.  After submitting the case
> on the appellate record and the arguments properly raised by
> the parties, the Court holds that the trial court's judgment
> contains no reversible error.  Accordingly, the Court **affirms**
> the trial court's judgment.
>
>   The Court **orders** that this decision be certified below
> for observance.

Judgment rendered June 18, 2015.

Panel consists of Justices Jennings, Bland, and Brown.
Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court

in this behalf and in all things to have it duly recognized, obeyed, and executed.

August 28, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

